AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Indiana

RICHARD KERLEY

              Plaintiff

v.                                Civil Action No. 4:23-CV-22-GSL

BRADLEY ROBERT SERVIES,
in his individual and official capacities

ISRAEL Z SALAZAR,
Officer, in his individual and official capacities

CITY OF LAFAYETTE,
a municipality within the County of Tippecanoe Indiana

MASON B JONES,
Officer, in his individual and official capacities (TERMED 5/25/2023)

STEVEN R PROTHERO,
Officer, in his individual and official capacities (TERMED 5/25/2023)

SAMUEL T GAWALUCK,
Officer, in his individual and official capacities (TERMED 5/25/2023)

CODY FULTZ,
Officer, in his individual and official capacities (TERMED 5/25/2023)

SHANA M WAINSCOTT,
Lieutenant, in her individual and official capacities (TERMED 5/25/2023)

              Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ _____ the amount of _____ __ dollars ($_____), which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

_X_ Other: Final Judgment is ENTERED in favor Defendants Bradley Robert Servies, Israel Z Salazar, and City of Lafayette, and against Plaintiff Richard Kerley. Plaintiff Richard Kerley takes nothing by his Complaint.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Gretchen S. Lund on a Motion for Summary Judgment by Defendants.

DATE: September 30, 2025            CHANDA J. BERTA, CLERK OF COURT

by  s/L. Steinke
*Signature of Clerk or Deputy Clerk*